RECEIVED
MAR 1 4 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **WENDELL T. BENJAMIN** | **CIVIL ACTION NO. 06-1917** |
| VS. | JUDGE MELANÇON |
| **MICHAEL ASTRUE, Commissioner Social Security Administration** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED** and the case is **DISMISSED**.

Lafayette, Louisiana this 14th day of March, 2008.

TUCKER L. MELANÇON
UNITED STATES DISTRICT COURT